# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3489
_____

United States of America

*Plaintiff - Appellee*

v.

Adriana Gomez-Correa

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri
_____

Submitted: August 20, 2025
Filed: August 25, 2025
[Unpublished]
_____

Before LOKEN, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Adriana Gomez-Correa appeals the sentence imposed by the district court[1] after she pled guilty to a drug offense, pursuant to a written plea agreement containing an

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

appeal waiver. Her counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing validity and applicability of appeal waiver de novo); *United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir. 2003) (en banc) (enforcing an appeal waiver if the appeal falls within the scope of waiver, defendant knowingly and voluntarily entered into the plea agreement and waiver, and it would not result in miscarriage of justice). We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw and dismiss the appeal.

_____